## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BLUETARP FINANCIAL, INC.** | * | **CIVIL ACTION** |
| | * | |
| Plaintiff, | * | NO. 19-13006 |
| | * | |
| **VERSUS** | * | SECTION: "S" (3) |
| | * | |
| | * | **JUDGE MARY ANN VIAL** |
| | * | **LEMMON** |
| **ROBERTSON DEVELOPMENT, LLC,** | * | |
| **A LOUISIANA LIMITED LIABILITY** | * | **MAGISTRATE** |
| **COMPANY, AND LAWRENCE** | * | **JUDGE DANA DOUGLAS** |
| **ROBERTSON, INDIVIDUALLY** | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### BLUETARP FINANICAL, INC.'S
### MOTION FOR SUMMARY JUDGMENT ON DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, BlueTarp Financial, Inc. ("BlueTarp" or "Plaintiff"), and, respectfully moves for summary judgment as to damages per Rule 56 of the Federal Rules of Civil Procedure. As more fully set forth in the accompanying Memorandum in Support, this is a simple action on a debt in which the Court has already found the debtor, Robertson Development, LLC, liable unto BlueTarp. The only remaining question is the amount of damages, which this second Motion for Summary Judgment addresses. There are no genuine issues of material fact such that BlueTarps' Motion for Summary Judgment on Damages should be granted and BlueTarp should be awarded damages of $188,307.09 plus pre- and post-judgment and post-judgment interest.

**WHEREFORE,** Plaintiff, BlueTarp Financial, Inc., respectfully prays that, after due proceedings are had, its Motion for Summary Judgment on Damages be granted and Judgment be

issued awarding BlueTarp damages of $188,307.09 plus pre-judgment interest from December 26, 2018 through the date of judgment and post-judgment interest from the date of judgment. Alternatively, BlueTarp prays for any and all relief to which the Court finds it entitled based on the record evidence.

                Respectfully submitted,

                **PUGH, ACCARDO, HAAS,**
                **RADECKER & CAREY, LLC**

                */s/ Joseph H. Hart*
                JOSEPH H. HART, IV (#21434)
                1100 Poydras Street, Suite 3300
                New Orleans, Louisiana, LA 70163
                Telephone: (504) 799-4500
                Facsimile: (504) 799-4520
                Email: jhart@pugh-law.com

                ***Counsel for Plaintiff, BlueTarp Financial, Inc.***